## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| TINA L. HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:13-cv-416-GZS |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 19) filed October 21, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                                  /s/ George Z. Singal
                                                  United States District Judge

Dated this 12th day of November, 2014.